IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| TYRELL ROBINSON | : | VIOLATION: 18 U.S.C. § 922(g)(1), 924(e) (possession of a firearm by a felon – 1 count) Notice of forfeiture |
| | : | |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about May 20, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TYRELL ROBINSON,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus, model PT1911, .45 caliber semi-automatic pistol, bearing serial number NDW65791, loaded with nine live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1), 924(e).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### TYRELL ROBINSON

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such violation, including:

1. a Taurus, model PT1911, .45 caliber semi-automatic pistol, bearing serial number NDW65791; and

2. nine live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

FOREPERSON

**WILLIAM M. McSWAIN**
**United States Attorney**

2

No. _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

TYRELL ROBINSON

INDICTMENT

Counts

18 U.S.C. §§ 922(g)(1), 924(e) (possession of a firearm by a felon – 1 count)
Notice of forfeiture

Filed in open court this _____ day,
of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____